Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Jose Rosa **Case Number:** 12-CR-10204-GAO

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, U.S. District Judge

**Date of Original Sentence:** March 25, 2014

**Original Offense:** Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute at Least 100 Grams or More of Heroin, in violation of 21 U.S.C. § 846
Counts 2-5: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1)

**Original Sentence:** 87 months of custody followed by 48 months of supervised release

**Type of Supervision:** Supervised Release **Date Supervision Commences:** 11/2/2017

## PETITIONING THE COURT

[ ] To extend the term of supervision for     years, for a total term of     years
[X] To modify the conditions of supervision as follows:

**The defendant shall reside at a Residential Reentry Center (RRC) for up to six (6) months, or until he can secure appropriate housing, as determined by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.**

### CAUSE

Mr. Rosa is currently scheduled to release from the custody of the Bureau of Prisons on November 2, 2017. As Mr. Rosa is currently considered homeless, the U.S. Probation Office would like to secure him placement at a Residential Reentry Center until such time that he can secure a residence approved by the Probation Office. This modification is intended to expedite the RRC referral process. Mr. Rosa has agreed with this modification as indicated by the attached Probation Form 49.

Reviewed/Approved by:

*/s/ Jeffrey R. Smith*
Jeffrey R. Smith
Supervising U.S. Probation Officer

Respectfully submitted,

*/s/ James Pace*
by James Pace
U.S. Probation Officer
Date:        8/29/2017

## THE COURT ORDERS
[ ] No Action
[ ] The Extension of Supervision as Noted Above

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

[X] The Modification of Conditions as Noted Above
[ ] Other

_____
The Honorable George A. O'Toole
U.S. District Judge

_____10/3/17_____
Date